**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Scott Stephen JAHN, Defendant–
Appellant.**

**No. 00–50156.**

**D.C. No. CR–99–00164–H.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 12, 2001.

Decided June 7, 2001.

Before FERGUSON, TASHIMA, and FISHER, Circuit Judges.

ORDER

The joint request to dismiss this appeal filed May 31, 2001 is GRANTED.